UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

LATASHA LYNCH on behalf of herself
and all other similarly situated consumers
                Plaintiff,

                                        **1:17-cv-01289**

                                        **STIPULATION OF DISMISSAL**

     -against-

BETZ-MITCHELL ASSOCIATES, INC.
                Defendant.
_____

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Brooklyn, New York               Dated:  New York, New York
         July 14, 2017                               July 14, 2017

 /s/ Igor Litvak_____                 /s/ Arthur Sanders_____
Igor Litvak, Esq.                             Arthur Sanders, Esq.
The Litvak Law Firm, PLLC             Barron & Newburger, PC
Attorney for the Plaintiff                  Attorney for the Defendant
1701 Avenue P                                 30 South Main Street
Brooklyn, New York 11229               New York, NY 10956
Office: (718) 989-2908                     Office: (845) 499-2990
Facsimile: (718) 989-2908                asanders@bn-lawyers.com
E-mail: Igor@LitvakLawNY.com

                                          SO ORDERED:
                                          s/ MKB 7/18/2017
                                          _____
                                          MARGO K. BRODIE
                                          United States District Judge